| | |
|---|---|
| 1 | Dennis Cunningham  #112910 |
| 2 | 3163 Mission Street<br>San Francisco, CA 94110 |
| 3 | 415-285-8091 / FAX 285-8092 |
| 4 | Attorney for the Plaintiff |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

DENNIS ROZADILLA,                           No. C-04-0909-CRB (BZ)

       Plaintiff,                     **STIPULATION re: DATE FOR SETTLEMENT CONFERENCE**

  vs.

MICHAEL HENNESSEY, et al.,         )
                                                    )
       Defendants.                  )
_____ )

     IT IS HEREBY STIPULATED by the parties herein, through their undersigned counsel, that, because the present schedule does not allow the time counsel believe is necessary to complete preliminary discovery, the date for the Settlement Conference, now scheduled for December 20, 2005, be changed to Feb. 28, _____, 2006, at  9:00  o'clock.

DATED: December 6, 2005                              /s/
                                                                         Dennis Cunningham
                                                                         Attorney for Plaintiff

                                                                         DENNIS HERRERA
                                                                         City Attorney of San Francisco
DATED: December 7, 2005.
                                                          By:         /s/
                                                                       Cassandra Knight, DCA
                                                                       Attorney for Defendants

**IT IS SO ORDERED:**

DATED:  Dec. 12, 2005
                                  ENTER:_____
                                               United Sta...

1

Sett. Conf. Stmts. shall be lodged 7 days prior to the settlement conference date.

*IT IS SO ORDERED*
*Judge Bernard Zimmerman*