Dennis Cunningham  #112910
115-A Bartlett Street
San Francisco, CA 94110
415-285-8091 / FAX 285-8092

Attorney for the Plaintiff

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DENNIS ROZADILLA, | No. C-04-0909-CRB |
| Plaintiff, | **STIPULATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE** |
| vs. | |
| MICHAEL HENNESSEY, Sheriff of San Francisco County; Deputy (fnu) WONG; JOHN/JANE DOEs, Nos.1-X (City and County Employees), and The CITY & COUNTY of SAN FRANCISCO, | Date: Friday, March 3, 2006<br>Time 8:30 a.m.<br>Judge BREYER |
| Defendants. | |

IT IS HEREBY STIPULATED by the parties by and through their undersigned attorneys that the further case management conference in this case, now set for March 3, 2006, be continued — with the Court's agreement, so that the Settlement Conference now set for March 7, 2006, can take place first — to Friday, _____March 17_____, 2006, at 8:30 a.m.

For the Plaintiff:

_____/s/_____
Dennis Cunningham

For Defendants:
DENNIS J. HERRERA

By: ____/s/_____
Cassandra Knight, DCA

**IT IS SO ORDERED:**

_____   DATED: __February 17, 2006_____
United States

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*
*[Stamp: IT IS SO ORDERED / Judge Charles R. Breyer]*