IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS ROZADILLA,<br><br>    Plaintiff(s),<br><br>vs.<br><br>MICHAEL HENNESSEY,<br><br>    Defendant(s).<br>_____ / | No. C 04-0909 MEJ<br><br>**ORDER RESCHEDULING CMC TO SEPTEMBER 21, 2006** |

The court is in receipt of Elizabeth L. Deeley's letter requesting that the case management conference hearing be moved until September 21, 2006. The court finds good cause to move the hearing. Thus, the case management conference scheduled for September 7, 2006, is vacated.

**IT IS SO ORDERED.**

Dated: September 6, 2006

                                                 MARIA-ELENA JAMES<br>                                                 United States Magistrate Judge