1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Deputy
3  ELIZABETH L. DEELEY, State Bar #230798
   Deputy City Attorney
4  Fox Plaza
   1390 Market Street, 6th Floor
5  San Francisco, California 94102-5408
   Telephone:     (415) 554-3982
6  Facsimile:     (415) 554-3837
   E-Mail:        elizabeth.deeley@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| DENNIS ROZADILLA, | Case No. c04-0909 MEJ |
|---|---|
| Plaintiff, | **[PROPOSED] STIPULATED ORDER FOR PLAINTIFF'S MENTAL EXAMINATION** |
| vs. | |
| SHERIFF MICHAEL HENNESSEY, et al., | |
| Defendants. | |

**IT IS STIPULATED BY AND BETWEEN THE PARTIES** to this action, through their respective counsel, that because plaintiff, DENNIS ROZADILLA, has placed his mental condition in controversy, he will submit to a mental examination by a suitably licensed or certified examiner selected by defendants pursuant to Federal Rule of Civil Procedure 35.

The examination shall take place on February 9, 2006 starting at 9:30 a.m. at 1255 Post Street, #109, Suite 1150, San Francisco, CA 94109.  The examiner will be Dr. Robert J. Underwood, a clinical psychologist licensed by the State of California.

1   The examination will include a diagnostic interview and psychological test battery.  The
2   interview will cover the subject's developmental history, social history, medical history, and
3   psychiatric history.

4   Dated:  January 29, 2007

DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Deputy
ELIZABETH DEELEY
Deputy City Attorney

By: /s/
ELIZABETH DEELEY
Attorneys for Defendant
CITY & COUNTY OF SAN FRANCISCO

Dated:  January 29, 2007             THE LAW OFFICE OF DENNIS CUNNINGHAM

By: /s/
DENNIS CUNNINGHAM

Attorney for Plaintiff
DENNIS ROZADILLA

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: January 29, 2007

HONORABLE MARIA-ELENA JAMES
United States District Judge

*GRANTED — Judge Maria-Elena James*

STIPULATION AND [~~PROPOSED~~] ORDER         2
*Rozadilla v. Hennessey,* Case No. C04-0909 MEJ