1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Deputy
3  ROBERT A. BONTA, State Bar #202668
   Deputy City Attorney
4  Fox Plaza
   1390 Market Street, Sixth Floor
5  San Francisco, California 94102-5408
   Telephone:    (415) 554-4268
6  Facsimile:    (415) 554-3837
   E-Mail:       robert.bonta@sfgov.org
7
   Attorneys for Defendants
8  SHERIFF MICHAEL HENNESSEY, CAPTAIN SABRINA BUTLER,
   LIEUTENANT IMELDA JOHNSON, SERGEANT STEPHEN TILTON,
9  DEPUTY JAMALA SANFORD, DEPUTY JAVIER MIRAMONTES,
   DEPUTY BEN FOSTER, DEPUTY JOHN MADDEN,
10 DEPUTY MELVIN SONG AND
   CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| DENNIS ROZADILLA, | Case No. c04-0909 MEJ |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER DISMISSING CERTAIN DEFENDANTS AND CLAIMS** |
| vs. | |
| SHERIFF MICHAEL HENNESSEY, et al., | |
| Defendants. | |

THE PARTIES HEREBY JOINTLY REQUEST AND STIPULATE

1. Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure that the court dismiss with prejudice the following parties:

- As to all claims: Sheriff Michael Hennessey, Nurse Bill Hool, Nurse Jacqueline Savage, and Nurse Howard Chiu.
- As to Cause of Action Two of the First Amended Complaint only: Defendants Jamala Sanford, Deputy Javier Miramontes, Deputy Ben Foster, Deputy John Madden, and Deputy Melvin Song.
- As to Cause of Action Four: Captain Sabrina Butler, Lieutenant Imelda Johnson.

2. Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure that the court dismiss with prejudice the following causes of action:

- Any apparent "independent" claims under Sections 1 and 13 of Article One of the California Constitution (although alleged violations of rights under the Sections 1, 7 and 13 of Article One of the California Constitution will be the basis for plaintiff's claims under Sections 51.7 and 52.1 of the California Civil Code) (First Amended Complaint, Causes of Action One and Two);
- *Monell* Policy and Practice Claims (Cause of Action Three in its entirety);
- Negligent and Intentional Infliction of Emotional Distress (Cause of Action Five in its entirety);
- Punitive Damages only to the extent they apply to any of the above-referenced claims or parties that are being dismissed (Cause of Action Seven, partial only).

SO STIPULATED.

STIPULATION AND [PROPOSED] ORDER  
*Rozadilla v. Hennessey*, Case No. C04-0909 MEJ

2

c:\documents and settings\owner\my documents\legal work\dennis rose\litigation\stip dismiss clms n dfts 2-08.doc

Dated: ~~January~~ February 8, 2008

DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Deputy
ROBERT A. BONTA
Deputy City Attorney

By: /s/ Robert A. Bonta
ROBERT A. BONTA

Attorneys for Defendants
SHERIFF MICHAEL HENNESSEY, CAPTAIN SABRINA BUTLER,
LIEUTENANT IMELDA JOHNSON, SERGEANT STEPHEN TILTON,
DEPUTY JAMALA SANFORD, DEPUTY JAVIER MIRAMONTES,
DEPUTY BEN FOSTER, DEPUTY JOHN MADDEN, DEPUTY MELVIN SONG AND
CITY AND COUNTY OF SAN FRANCISCO

Dated: ~~January~~ February 4, 2008

THE LAW OFFICE OF DENNIS CUNNINGHAM

By: /s/ Dennis Cunningham
DENNIS CUNNINGHAM

Attorney for Plaintiff
DENNIS ROZADILLA

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: March 3, 2008

HONORABLE MARIA-ELENA JAMES
United States District Judge

*IT IS SO ORDERED — Judge Maria-Elena James — United States District Court, Northern District of California*

STIPULATION AND [~~PROPOSED~~] ORDER
*Rozadilla v. Hennessey*, Case No. C04-0909 MEJ

3

c:\documents and settings\owner\my documents\legal work\dennis rose\litigation\stip dismiss clms n dfts 2-08.doc