1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Deputy
3  ROBERT A. BONTA, State Bar #202668
   Deputy City Attorney
4  Fox Plaza
   1390 Market Street, Sixth Floor
5  San Francisco, California 94102-5408
   Telephone:    (415) 554-4268
6  Facsimile:    (415) 554-3837
   E-Mail:       robert.bonta@sfgov.org

Attorneys for Defendants
SHERIFF MICHAEL HENNESSEY, CAPTAIN SABRINA BUTLER,
LIEUTENANT IMELDA JOHNSON, SERGEANT STEPHEN TILTON,
DEPUTY JAMALA SANFORD, DEPUTY JAVIER MIRAMONTES,
DEPUTY BEN FOSTER, DEPUTY JOHN MADDEN,
DEPUTY MELVIN SONG AND
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS ROZADILLA,<br><br>    Plaintiff,<br><br>    vs.<br><br>MICHAEL HENNESSEY, Sheriff of San Francisco County; Deputy (fnu) WONG; JOHN/JANE DOEs, Nos. 1-X (City and County Employees), and The CITY & COUNTY of SAN FRANCISCO,<br><br>    Defendants. | Case No. 04-CV-00909-MEJ<br><br>**STIPULATION AND [PROPOSED] ORDER SHORTENING TIME TO FILE MOTION FOR SUMMARY JUDGMENT**<br><br>Date Action Filed:  February 6, 2004<br>Trial Date:         March 31, 2008 |

The parties and the Court have previously agreed that defendants' motion for summary judgment will be heard on Thursday, March 13, 2008 at 10:00 a.m.

Counsel for the parties agree and stipulate that defendants can file their opening motion and supporting papers by Monday, February 11, 2008, rather than on Thursday, February 7, 2008, the date that would provide the ordinarily-required 35-days notice under Local Rule of Court 7-2(a). The parties further agree that plaintiff's opposition to defendants' summary judgment motion can be filed by Monday, February 25, rather than Thursday, February 21, 2008, the date that would provide the ordinarily-required 21-days notice under Local Rule of Court 7-3(a). Defendants will still file their reply brief by February 28, 2008, in conformance with Local Rule of Court 7-3(c).

This request is made because the parties have been intensively engaged in fact and expert discovery, including taking the deposition of Jail Psychiatric Services staff member Nicole Tucci on Thursday, February 7, 2008 in Fairfield, preparing for the disclosure of expert witnesses and reports on Friday, February 8, 2008, and preparing and planning to take the depositions of numerous other lay and expert witnesses.

There have been no other time modifications to this portion of the summary judgment briefing schedule.

This request will have no impact on any other portion of the schedule of the case.

2

STIPULATION AND [PROPOSED] ORDER SHORTENING TIME TO FILE MSJ    N:\LIT\LI2004\041145\00465269.DOC
CASE NO. C04-CV-00909-MEJ

1    The parties therefore jointly stipulate and request leave to shorten the time required to file
2    defendants' opening summary judgment motion and supporting papers as well as plaintiff's
3    opposition papers, as set forth above.

February 11, 2008                                /s/
                                                 _____
                                                 Robert A. Bonta
                                                 Attorney for Defendants
                                                 SHERIFF MICHAEL HENNESSEY,
                                                 CAPTAIN SABRINA BUTLER,
                                                 LIEUTENANT IMELDA JOHNSON,
                                                 SERGEANT STEPHEN TILTON, DEPUTY
                                                 JAMALA SANFORD, DEPUTY JAVIER
                                                 MIRAMONTES, DEPUTY BEN FOSTER,
                                                 DEPUTY JOHN MADDEN, DEPUTY
                                                 MELVIN SONG AND
                                                 CITY AND COUNTY OF SAN FRANCISCO

February 11, 2008                                /s/
                                                 _____
                                                 Dennis Cunningham
                                                 Attorney for Plaintiff
                                                 DENNIS ROZADILLA

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: March 3, 2008                             _____
                                                 Honorable
                                                 United States Magistrate Judge

*IT IS SO ORDERED*
*Judge Maria-Elena James*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*