| 1 | DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
ROBERT A. BONTA, State Bar #202668
Deputy City Attorney
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone: (415) 554-4268
Facsimile: (415) 554-3837
E-Mail: robert.bonta@sfgov.org

Attorneys for Defendants
SHERIFF MICHAEL HENNESSEY, CAPTAIN SABRINA BUTLER,
LIEUTENANT IMELDA JOHNSON, SERGEANT STEPHEN TILTON,
DEPUTY JAMALA SANFORD, DEPUTY JAVIER MIRAMONTES,
DEPUTY BEN FOSTER, DEPUTY JOHN MADDEN,
DEPUTY MELVIN SONG AND
CITY AND COUNTY OF SAN FRANCISCO |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| DENNIS ROZADILLA, | Case No. 04-CV-00909-MEJ |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER SHORTENING TIME TO FILE MOTION FOR SUMMARY JUDGMENT** |
| vs. | |
| MICHAEL HENNESSEY, Sheriff of San Francisco County; Deputy (fnu) WONG; JOHN/JANE DOEs, Nos. 1-X (City and County Employees), and The CITY & COUNTY of SAN FRANCISCO, | Date Action Filed: February 6, 2004<br>Trial Date: March 31, 2008 |
| Defendants. | |
---

STIPULATION AND [PROPOSED] ORDER SHORTENING TIME TO FILE MSJ     N:\LIT\LI2004\041145\00465734.DOC
CASE NO. C04-CV-00909-MEJ

1

1  The parties and the Court have previously agreed that defendants' motion for summary
2  judgment will be heard on Thursday, March 13, 2008 at 10:00 a.m.
3  Counsel for the parties agree and stipulate that defendants can file their opening motion
4  and supporting papers by **Tuesday, February 12, 2008**, rather than on Thursday, February 7,
5  2008, the date that would provide the ordinarily-required 35-days notice under Local Rule of
6  Court 7-2(a). The parties further agree that plaintiff's opposition to defendants' summary
7  judgment motion can be filed by Monday, February 25, rather than Thursday, February 21, 2008,
8  the date that would provide the ordinarily-required 21-days notice under Local Rule of Court 7-
9  3(a). Defendants will still file their reply brief by February 28, 2008, in conformance with Local
10 Rule of Court 7-3(c).
11 This request is made because the parties have been intensively engaged in fact and expert
12 discovery, including taking the deposition of Jail Psychiatric Services staff member Nicole Tucci
13 on Thursday, February 7, 2008 in Fairfield, preparing for the disclosure of expert witnesses and
14 reports on Friday, February 8, 2008, taking the deposition of plaintiff's treating psychiatrist Dr.
15 Andre Zanger on February 11, 2008, and preparing and planning to take the depositions of
16 numerous other lay and expert witnesses.
17 There have been no other time modifications to this portion of the summary judgment
18 briefing schedule.
19 This request will have no impact on any other portion of the schedule of the case.

The parties therefore jointly stipulate and request leave to shorten the time required to file defendants' opening summary judgment motion and supporting papers as well as plaintiff's opposition papers, as set forth above.

February 12, 2008 /s/
_____
Robert A. Bonta
Attorney for Defendants
SHERIFF MICHAEL HENNESSEY,
CAPTAIN SABRINA BUTLER,
LIEUTENANT IMELDA JOHNSON,
SERGEANT STEPHEN TILTON, DEPUTY
JAMALA SANFORD, DEPUTY JAVIER
MIRAMONTES, DEPUTY BEN FOSTER,
DEPUTY JOHN MADDEN, DEPUTY
MELVIN SONG AND
CITY AND COUNTY OF SAN FRANCISCO

February 12, 2008 /s/
_____
Dennis Cunningham
Attorney for Plaintiff
DENNIS ROZADILLA

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: March 3, 2008          _____
Honorable
United States

*IT IS SO ORDERED*
*Judge Maria-Elena James*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

3