IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DENNIS ROZADILLA,

    Plaintiffs,

vs.

MICHAEL HENNESSEY, et al.,

    Defendants.

No. C 04-0909 MEJ

**CONDITIONAL DISMISSAL**

On March 12, 2008, the parties in the above-captioned matter advised the Court that they have agreed to a settlement, and they requested a conditional dismissal with prejudice. Accordingly, IT IS HEREBY ORDERED that this case be dismissed with prejudice. However, if any party shall certify to the Court, within ninety days and proof of service on opposing counsel, that the agreed consideration for said settlement has not been delivered, this Order shall stand vacated and the case shall be restored to the calendar for trial.

**IT IS SO ORDERED.**

Dated: March 12, 2008



MARIA-ELENA JAMES
United States Magistrate Judge