DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
ROBERT A. BONTA, State Bar #202668
Deputy City Attorney
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-4268
Facsimile:    (415) 554-3837
E-Mail:       robert.bonta@sfgov.org

Attorneys for Defendants
SHERIFF MICHAEL HENNESSEY, CAPTAIN SABRINA BUTLER,
LIEUTENANT IMELDA JOHNSON, SERGEANT STEPHEN TILTON,
DEPUTY JAMALA SANFORD, DEPUTY JAVIER MIRAMONTES,
DEPUTY BEN FOSTER, DEPUTY JOHN MADDEN,
DEPUTY MELVIN SONG, DR. JOSEPH GOLDENSON AND
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS ROZADILLA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>SHERIFF MICHAEL HENNESSEY, et al.,<br><br>　　　　Defendants. | Case No. c04-0909 MEJ<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING WITH PREJUDICE DEFENDANT DR. JOSEPH GOLDENSON AS TO ALL CLAIMS** |

STIPULATION AND [PROPOSED] ORDER                    1                    n:\lit\li2006\041145\00473704.doc
*Rozadilla v. Hennessey*, Case No. C04-0909 MEJ

1   THE PARTIES HEREBY JOINTLY REQUEST AND STIPULATE, pursuant to Rule
2   41(a)(1) of the Federal Rules of Civil Procedure, that the court dismiss with prejudice defendant Dr.
3   Joseph Goldenson, as to all claims.

4   IT IS SO STIPULATED.

5   Dated: April 2, 2008

DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Deputy
ROBERT A. BONTA
Deputy City Attorney


By:_____/s/_____
ROBERT A. BONTA

Attorneys for Defendants
SHERIFF MICHAEL HENNESSEY, CAPTAIN
SABRINA BUTLER,
LIEUTENANT IMELDA JOHNSON, SERGEANT
STEPHEN TILTON,
DEPUTY JAMALA SANFORD, DEPUTY JAVIER
MIRAMONTES,
DEPUTY BEN FOSTER, DEPUTY JOHN MADDEN,
DEPUTY MELVIN SONG, DR. JOSEPH
GOLDENSON, AND
CITY AND COUNTY OF SAN FRANCISCO


Dated: March 30, 2008                 THE LAW OFFICE OF DENNIS CUNNINGHAM


By:_____/s/_____
DENNIS CUNNINGHAM

Attorney for Plaintiff
DENNIS ROZADILLA


**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated:_____          _____
                                      HONORABLE MARIA-ELENA JAMES
                                      United States District Judge

THE PARTIES HEREBY JOINTLY REQUEST AND STIPULATE, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, that the court dismiss with prejudice defendant Dr. Joseph Goldenson, as to all claims.

IT IS SO STIPULATED.

Dated: ~~March~~ April 2, 2008

DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Deputy
ROBERT A. BONTA
Deputy City Attorney

By: /s/ Robert A. Bonta
ROBERT A. BONTA

Attorneys for Defendants
SHERIFF MICHAEL HENNESSEY, CAPTAIN SABRINA BUTLER,
LIEUTENANT IMELDA JOHNSON, SERGEANT STEPHEN TILTON,
DEPUTY JAMALA SANFORD, DEPUTY JAVIER MIRAMONTES,
DEPUTY BEN FOSTER, DEPUTY JOHN MADDEN,
DEPUTY MELVIN SONG, DR. JOSEPH GOLDENSON, AND
CITY AND COUNTY OF SAN FRANCISCO

Dated: March 30, 2008

THE LAW OFFICE OF DENNIS CUNNINGHAM

By: /s/ Dennis Cunningham
DENNIS CUNNINGHAM

Attorney for Plaintiff
DENNIS ROZADILLA

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: May 1, 2008

HONORABLE MARIA-ELENA JAMES
United States District Judge

[Stamp: IT IS SO ORDERED / Judge Maria-Elena James / United States District Court, Northern District of California]

STIPULATION AND [~~PROPOSED~~] ORDER
*Rozadilla v. Hennessey*, Case No. C04-0909 MEJ

2

c:\documents and settings\owner\local settings\temporary internet files\content.ie5\4947cmwj\stipgold[1].doc